

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00210-CR

| | | |
|---|---|---|
| Earnest Ross | § | From the 158th District Court |
| | § | of Denton County (F-2008-1958-B) |
| v. | § | June 11, 2015 |
| | § | Opinion by Justice Dixon W. Holman |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment on punishment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dixon W. Holman
Justice Dixon W. Holman